Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


**JOHNNY D. CULLEY**                                CV 3:11-CV-01498-AC

      Plaintiff,

                                        ORDER FOR EAJA

      v.                                           ATTORNEY FEES

Commissioner of Social Security,

      Defendant.


      Based upon the stipulation of the parties, it is hereby ORDERED that

Plaintiff is awarded attorney fees in the amount of $7,161.63. Subject to

any offset allowed under the Treasury Offset Program, as discussed in Astrue

v. Ratliff, _ U.S. _ (2010), payment of this award shall be made via check

sent to Alan Graf's address: Alan Stuart Graf, PC, 316 Second Rd., Summertown, TN

38483


      It is so ORDERED

      Dated this 1st day of 2013


                                      United States ~~Judge~~ Magistrate Judge


Prepared as to form


/s/ Alan Graf
Attorney for Plaintiff


ORDER FOR EAJA FEES-1